**UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
HARTFORD DIVISION**

$2049.83
\# 277589

| | | |
|---|---|---|
| In re:<br>POPTANK STUDIOS, INC.<br><br>Debtor(s). | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 12-22039 AMN<br><br>(CHAPTER 7) |

*FILED 2016 APR 21 A 11:49 CLERK, U.S. BANKRUPTCY COURT DISTRICT OF CONNECTICUT HARTFORD*

**REPORT OF SMALL/UNCLAIMED DIVIDENDS**

The undersigned trustee reports:

_____   The dividend(s) payable to the creditor(s) listed in Exhibit A hereto is (are) in an amount less than that Specified in Bankruptcy Rule 3010.

__X__   More than ninety (90) days have passed since the final distribution. I have made a reasonable effort to locate those creditors who did not cash their checks within 90 days or whose checks were returned undeliverable. The dividend(s) payable to the creditor(s) listed in Exhibit A hereto remain unclaimed.

Pursuant to Bankruptcy Rule 3010 or 3011, as applicable, and 11 U.S.C. §347(a), the undersigned trustee remits herewith a check in the total amount shown on Exhibit A for deposit into the United States Treasury, pursuant to chapter 129 of title 28.

DATED: __April 19, 2016__

Bonnie C. Mangan, Trustee
Westview Office Park
1050 Sullivan Avenue, Ste A3
South Windsor, CT 06074
(860) 644-4204 phone
(860) 644-4934 fax
bonnie.mangan@manganlaw.com

Document      Page 2 of 2

# EXHIBIT A

Case Name:     POPTANK STUDIOS, INC.
Case Number:   12-22039

| Creditor<br>Name and Address | Claim<br>Number | Distrib.<br>Amount | Small<br>Dividend | Unclaimed<br>Dividend |
|---|---|---|---|---|
| Adam and Hillary Fogelson<br>1925 Century Park East, # 800<br>Los Angeles, CA 90067 | 13 | $30,250.00 | | $1,370.33 |
| Matthew Waldman<br>301 W 53rd Street, Apt. 19D<br>New York, NY 10019 | 19 | $15,000.00 | | $679.50 |
| TOTAL AMOUNT REMITTED TO CLERK: | | | $ 0.00 | $ 2,049.83 |